State ex rel. Blaine v. Fairchild, 173 Wis. 411.

STATE EX REL. BLAINE, Attorney General, vs. FAIRCHILD, Circuit Judge, and others.

*September 25—December 14, 1920.*

On a motion to quash an alternative writ of *mandamus* restraining the enforcement of the judgment of the court in the case of *Milwaukee v. Milwaukee E. R. & L. Co., ante,* p. 400, the decision in that case controls, and the motion to quash is denied.

ORIGINAL ACTION of *mandamus.*

*J. J. Blaine,* attorney general, and *M. B. Olbrich,* deputy attorney general, for relator.

*Van Dyke, Shaw, Muskat & Van Dyke* and *Miller, Mack & Fairchild,* all of Milwaukee, and *Clifton Williams,* city attorney, for defendants.

VINJE, J. *Mandamus* sued out of this court to restrain the circuit court and parties in the case of *City of Milwaukee v. Milwaukee Electric Railway & Light Company* from carrying into effect the judgment entered therein, and especially that part of it requiring passengers from outside of the city limits but within the single-fare zone, as established by the railroad commission, or passengers from the city going to some point in the single-fare zone outside the city, to pay an additional fare at the city limits. In view of the decision herewith rendered in the case of *City of Milwaukee v. Milwaukee Electric Railway & Light Co., ante,* p. 400, 180 N. W. 339, the petition is held to contain all the essential facts necessary to state a cause of action, and the city's motion to quash the alternative writ of *mandamus* is denied.

*By the Court.*—Motion to quash the alternative writ of *mandamus* is denied.